# Privilege Log

**Duncan et al v. Minnesota Life Insurance Company**
**U.S.D.C. for the Southern District of Ohio, Case No. 3:17-cv-00025-TMR**
**Claim # 088306**

| Bates # | Type of Document | Privilege Asserted | Date |
| --- | --- | --- | --- |
| MLIC_000002 | Legal Referral and Attorney Client Communication | Attorney-Client Privilege and/or Work-Product Doctrine | 8/10/2016-8/12/2016 |
| MLIC_000002-3 | Legal Referral | Attorney-Client Privilege | 8/01/2016 |
| MLIC_000010 | Legal Referral and Attorney Client Communication | Attorney-Client Privilege and/or Work-Product Doctrine | 3/22/2011-4/7/2011 |
| MLIC _000011 | Legal Referral and Attorney Client Communication | Attorney-Client Privilege and/or Work-Product Doctrine | 5/19/2011-5/23/2011 |
| MLIC_000012 | Legal Referral and Attorney Client Communication | Attorney-Client Privilege and/or Work-Product Doctrine | 6/29/2011-7/5/2011 |
| MLIC_000013 | Legal Referral and Attorney Client Communication | Attorney-Client Privilege and/or Work-Product Doctrine | 3/18/2013-3/20/2013 |
| MLIC_000015 | Attorney Client Communication | Attorney-Client Privilege | 3/27/2013 |
| MLIC_000035 | Attorney Client Communication | Attorney-Client Privilege | 5/8/2013 |

00400726-1