# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| CHARLIE DUNCAN, AS EXECUTOR OF THE ESTATE OF PAUL W. MCVAY<br>Post Office Box 1123<br>Miamisburg, Ohio 45343<br><br>and<br><br>JANET FREEL, AS BENEFICIARY OF THE ESTATE OF PAUL W. MCVAY,<br>975 Kirbert Avenue<br>Cincinnati, Ohio 45205<br><br>        Plaintiffs,<br><br>-vs-<br><br>MINNESOTA LIFE INSURANCE CO.<br>c/o CT Corporation System<br>1300 East 9th Street, Suite 1010<br>Cleveland, Ohio 44114<br><br>        Defendant. | CASE NO.: 3:17-cv-00025-TMR<br><br>JUDGE THOMAS M. ROSE<br><br>**DECLARATION OF PERRY R. STAUB, JR. IN SUPPORT OF PLAINTIFFS' REPLY IN RESPONSE TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' REQUEST FOR DISCOVERY** |

PARISH OF ORLEANS
STATE OF LOUISIANA

Date: October 23, 2017

    I, **Perry R. Staub, Jr.**, hereby declare under penalty of perjury, that the following is true and correct:

1. During the course of the administrative appeal of this matter, I requested that a complete copy of the administrative record be provided to me. AR 38.

1

2. The Administrative Record provided to me by MLIC in response to this request consisted of 153 pages.  Plaintiffs will file this version of the administrative record under seal as per the original administrative record filing by MLIC.

                                                                        _____
                                                                        PERCY R. STAUB, JR.