

Sign in

Join now



# Gretchen Bosacker, M.D., DBIM, FAAFP

**283** connections

With a wealth of clinical and insurance industry knowledge, I am an exceptional candidate for remote file review and population health education.

Greater Minneapolis-St. Paul Area | Medical Practice

| | |
|---|---|
| Current | Grant Medical, LLC, University of Minnesota, The Dr. Oz Show |
| Previous | Securian Financial Group, Fairview Health Services, Intrepid USA Healthcare Services |
| Education | Medical University of South Carolina |
| Recommendations | **5** people have recommended **Gretchen Bosacker, M.D., DBIM, FAAFP** |
| Websites | Personal Website<br>Portfolio<br>Company Website |

 View this profile in another language

**People Also Viewed**

 **Amy Nordeng**
Associate General Counsel at American Society for Radiation Oncology

 **Timothy Owolabi M.D., FAAFP**
Physician Advisor

 **Carrie Jorgensen**
--

 **Tracy Eskra MD, MBA, CPE**
VPMA for Clinical Efficiency & Documentation at Vidant Medical Center

 **Rich Berning, MD**
Physician

 **Lane Monk**
Owner, Asheville Information Management

 **Keitha Bennett**
AEST Coordinator at Florida Farm Bureau Federation

 **Autumn Ashley**
Information Management Business & Data Analyst Seeking Employment in Austin, TX (North) beginning 11/6/2017

 **Deann Wagner, CPA (Inactive)**

 **Randall Updegrove**
M.D. at University Orthopedics, Inc.

## View Gretchen Bosacker, M.D., DBIM, FAAFP'S full profile.
## It's free!

Your colleagues, classmates, and 500 million other professionals are on LinkedIn.

**View Gretchen Bosacker,'s Full Profile**

**Public profile badge**

Include this LinkedIn profile on other websites

**View profile badges**

## Gretchen Bosacker, M.D., DBIM, FAAFP'S Activity

 **The first steps are important.**
Gretchen Bosacker, M.D., DBIM, FAAFP liked

 Gretchen Bosacker, M.D., DBIM, FAAFP liked

 **We must make the word "diagnostician" the most prestigious...**
Gretchen Bosacker, M.D., DBIM, FAAFP liked

**Delighted to have joined the team at SCOR.**
Gretchen Bosacker, M.D., DBIM, FAAFP liked

Gretchen Bosacker, M.D., DBIM, FAAFP liked

**Employees Leave Bosses, Not Companies**
Gretchen Bosacker, M.D., DBIM, FAAFP liked

**See all activity**

**Search by name**

Over 500 million professionals are already on LinkedIn. Find who you know.

First Name      Last Name      

**Example:** Jeff Weiner

**Jobs similar to Gretchen Bosacker, M.D., DBIM, FAAFP'S Medical Director at Grant Medical, LLC**

Medical Director jobs

## Summary

My insurance medicine education and experience are rooted in a solid foundation of training from industry leaders and my dedicated practice of insurance medicine. My attention to accuracy and detail set me apart. I provide risk stratification opinions based on up-to-date medical literature and mortality studies. Employing novel metrics and reaching the middle market will require medical and underwriting teams to shift our focus. My ability to educate and support teams has been honed over many years in the military, in practice and as an insurance medical director. I have proven myself leading mortality assessment and have worked closely with underwriters, actuaries, managers, product development teams and legal departments. My ability to dissect medical examiner, police and toxicology reports allows me to scrutinize claim files closely and to provide clear, accurate medical opinions. As a community preceptor for the University of Minnesota Family Medicine Residency, I have maintained my clinical knowledge and credentials, continued to teach and advised many residents in medical career paths.

I am a dynamic physician executive with dedication to empowering people and a special interest in making medical information understandable. I am a diligent, efficient family physician. I pride myself in energizing my patients to make healthy choices. I have a passion for education. As a medical



Ad ▷
Get up to a $200 airline fee credit or signin
airline.

OPEN

Join now

Earn up to 75,000 points. Terms Apply.

Learn more

educator on the radio and television, I have carefully honed my on-camera presence and style to reach all audiences. My ability to make even complicated medical topics understandable is unsurpassed. As a medical contributor and featured on-air guest for CBS Radio, NBC and Fox Television and The Dr. Oz Show, I have proven to be a trusted resource for current health information.

http://www.doctoroz.com/videos/5-wrong-turns-lead-cancer-pt-1

Specialties: Medical education, insurance medicine, medical writing, patient care.

Experience

### Medical Director

Grant Medical, LLC

June 2007 – Present (10 years 5 months) | Greater Minneapolis-St. Paul Area

Trusted resource for medical opinions in product development, underwriting guidance and insurance claims analysis. Provide timely review of life, disability and long-term care insurance applications and offer conclusions for use in mortality risk assessment and underwriting based on sound, up-to-date medical information. Develop and update medical underwriting guidelines based on peer-reviewed medical literature. Assessment of medical factors in accelerated death, accidental death, accidental dismemberment, disability and fraud claims with production of clear, concise opinions including medical, surgical and pharmaceutical details to allow for precise claims analysis. Gifted in the creation of medical articles and lectures with an engaging presentation style.

Communication of clear, reliable medical information to the public via print, Internet, radio and television media. Available for speaking engagements, professional comment and medial reporting. My ability to translate even complex medical information into easily understood concepts is remarkable. As a result of years of radio and television experience, my on-air presence is always poised and professional. Past clients include The Dr. Oz Show, Dial Corporation, KMSP-Fox 9, KARE-NBC 4, Rasmussen College, Boardroom Publishing and The Home and Health Report.

### Community Preceptor for Family Medicine Residency

University of Minnesota

August 2011 – Present (6 years 3 months)

Advise and teach Family Medicine residents in an outpatient clinical setting with special attention to developing work-life balance strategies, career negotiation skills and plans for maintenance of a broad scope of medical skills. Procedure instruction including intrauterine device placement, implantable contraceptive device insertion, splint placement and dermatologic procedures.

### Member, Medical Advisory Board

The Dr. Oz Show

April 2012 – Present (5 years 7 months)

Provide expert input to the production staff of The Dr. Oz Show regarding medical news, breakthroughs, standards of care and up-to-date diagnostic and treatment options.

### Chief Medical Director

Securian Financial Group

April 2015 – March 2017 (2 years) | Greater Minneapolis-St. Paul Area

Ensured delivery of evidence-based medical recommendations to corporate teams within a financial institution with more than $64 Billion in assets under management. Collaborated with claims management and legal teams to minimize risk of corporate litigation and to provide expert medical testimony. Contributed up-to-date reviews of medical literature and industry standards to new product development teams and ensured medical accuracy of new product documents. Collaborated with teams focused on accelerated underwriting and middle-market expansion. Provided scientific risk assessment services for Enterprise Risk Management and Product Risk Review Committees. Provided input into Mortality Improvement Committees with goals of optimizing mortality projections. Created and managed departmental budgets. Guaranteed compliance with standards required for ongoing participation in MIB. Spearheaded a project to drive development of new avenues of shared dialogue between the medical department and field agencies for improved case placement rates. Developed a proprietary online medical underwriting manual to facilitate efficient evaluation of nearly 300,000 applications for life insurance annually. Researched, wrote and presented medical training sessions for a staff of fifty underwriters and seventy claims examiners. Established an online medical reference resource for underwriting, claims and legal departments. Managed Occupational Health department including ergonomic programming and disability management serving over 2700 employees. Performed annual review of company health and disability benefit usage and developed innovations to decrease corporate expenditures. Participated in Veterans Advocacy Group and Securian Wellness Action Team. Represented Securian at American Academy of Insurance Medicine, Midwest Medical Director Association, Association of Home Office Underwriters and Twin Cities community group meetings.

**Associate Medical Director**

Sign in

Join now

Securian Financial Group

February 2011 – April 2015 (4 years 3 months)

Researched and classified medical impairments and standards of care within an acceptable expense framework to assist the Underwriting Department in achieving acceptable long-range mortality results within the group and individual life insurance marketplace for a company with over $854 Billion of insurance in force. Advised in the selection of cost-effective testing strategies for optimized risk stratification. Provided daily counsel for effective use of ratings in life, disability and long-term care insurance applications totaling over $652 Million of coverage. Performed medical consultations to identify duration, limitations, restrictions and prognosis of medical conditions as they relate to the disability claims process within an acceptable and fair framework. Reviewed medical evidence and records to optimize claims settlement processing and preparation for litigation. Managed Occupational Health department including ergonomic programming and disability management for over 2500 employees. Researched, wrote and edited articles for corporate wellness programs.

**Physician**

Fairview Health Services

August 2005 – June 2012 (6 years 11 months)

Board-certified Family Physician and Hospitalist with experience managing inpatient care including medical, surgical and intensive care patients. As a managing physician on the Utilization Review team, I worked closely with the nurses and case managers performing chart review for optimal DRG reimbursement and adherence with Medicare guidelines. Participated on order set and inpatient care committees, providing evidence-based guidance and physician leadership to ensure quality care. Served on the Board of Directors for Fairview Lakes Medical Center 2007-2010. Mentored and taught physician extender staff including physician assistant students, physician assistants and nurse practitioners. Selected by Fairview Media Relations to serve as a knowledgeable physician representative of Fairview Health Services at media events, news broadcasts and press conferences.

**Medical Director**

Intrepid USA Healthcare Services

June 2010 – October 2010 (5 months)

Provide physician leadership and oversight and medical education to home health care providers in nursing, physical and occupational therapy.

**General Medical Officer**

United States Navy

July 1999 – May 2003 (3 years 11 months)

Medical care for active-duty medical personnel and their families as well as military retirees in emergency, acute care and family clinic settings

Projects

**The Dr. Oz Show Medical Advisory Board** ›

Starting April 2012

Team members: Gretchen Bosacker, M.D., DBIM, FAAFP

**Park Square Theater Board of Directors** ›

September 2013 – September 2014

Team members: Gretchen Bosacker, M.D., DBIM, FAAFP

**100 Small Steps Book Series** ›

Starting September 2013

Book 1, 100 Small Steps: The First 100 Pounds - Think Right is scheduled for release by Morgan James Publishing in October 2014! Stay tuned to find out how you can get a copy signed by me starting in June. - Temple

Team members:
Gretchen Bosacker, M.D., DBIM, FAAFP, Keith A Trotter, Kevin Ronneberg MD, Carrie Riggin, Pat Sukhum, Peter Mills

in

Sign in

Join now

Skills

Medical Education    Medical Writing    Motivational Speaking    Healthcare

Family Medicine    Healthcare Management    Pediatrics    Hospitals    Medicine

Board Certified    Public Health    Healthcare Information Technology

Emergency Medicine    Geriatrics    Medical Underwriting    See 9+

Certifications

**Board Certified Family Physician**
The American Board of Family Medicine, Inc.
August 2005 – August 2015

**Fellow**
American Academy of Family Physicians
January 2013 – Present

**Board Certified Insurance Medicine Physician**
American Academy of Insurance Medicine (AAIM)
April 2015 – Present

Languages

**English**
Native or bilingual proficiency

**French**
Professional working proficiency

Education

**Medical University of South Carolina**
M.D., Medicine
1994 – 1998

Activities and Societies: American Medical Student Association - Secretary, American Medical
Association - South Carolina State Chapter Student Representative, American Medical Women's
Association, Americal Military Medical Association - President

**University of Florida**
Residency Training, Family Medicine
2003 – 2005

Activities and Societies: Chief Resident 2004-2005

**Clemson University**
B.A., Biology, French
1991 – 1994

Activities and Societies: Alpha Delta Pi sorority, Alpha Epsilon Delta pre-medical honor society,
Oconee Memorial Hospital Emergency Medical Services, Clemson Men's Rugby Team athletic
trainer

**University of Wisconsin-Madison**
Bachelor of Arts (B.A.), Biology, French minor
1989 – 1990



Sign in

Join now

**Edgewood High School**

1985 – 1989

Volunteer Experience & Causes

**Causes Gretchen Bosacker, cares about:**

Children
Education
Health

Recommendations

A preview of what LinkedIn members have to say about Gretchen Bosacker,:

❝ *Dr. Phillips is a talented speaker who we will have back again and again. Her enthusiasm was refreshing and motivating. She is a model of good health.*
See more

❝ *Gretchen is a consummate professional with fantastic on-air poise and grace under pressure. Her ability to think fast while conducting an interview is a rare*
See more

Sign up to see who recommended Gretchen Bosacker,

Groups

**Non-Clinical Careers…**    **Elder Care Professio…**    **Media & Marketing P…**    **American Academy…**

**SEAK Non-Clinical C…**    **US Veterans**    **American Associatio…**    See 3 more

View Gretchen Bosacker, M.D., DBIM, FAAFP'S full profile to...

• See who you know in common
• Get introduced
• Contact **Gretchen Bosacker, M.D., DBIM, FAAFP** directly

View Gretchen Bosacker,'s Full Profile

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more  |  Browse members by country

© 2017  |  User Agreement  |  Privacy Policy  |  Community Guidelines  |  Cookie Policy  |  Copyright Policy  |  Unsubscribe

# Gretchen M. Bosacker, MD

**1351 Hunters Ridge • Lino Lakes, Minnesota 55038**
**651-285-3906**
doctorgretchen@gmail.com

---

QUALIFICATIONS OVERVIEW

- ☑ Seventeen years of experience as a physician, both in the military and private sector.
- ☑ Solid reputation for thorough medical analysis and precise risk assessment.
- ☑ Proven track record of serving as a medical contributor in television, radio, and print media.
- ☑ Board Certified, American Board of Family Medicine.
- ☑ Board Certified, American Academy of Insurance Medicine
- ☑ Fellow, American Academy of Family Physicians

WORK EXPERIENCE

SECURIAN FINANCIAL GROUP, St. Paul, MN, 4/2015 - Present
**Chief Medical Director**
Manage an active department of nine associates including two physicians with goals of maintaining service time standards and customer service excellence and providing up-to-date medical recommendations. Collaborate with claims management legal teams to minimize risk of corporate litigation. Review medical literature and industry standards to accurately advise the new product development team. Provide scientific mortality risk assessment services for Securian Enterprise Risk Management and Product Risk Review Committees. Maintain a partnership with global Infectious Disease specialists to provide expert pandemic risk and management recommendations to the executive management team. Develop and maintain a proprietary online medical underwriting manual to facilitate evaluation of nearly 300,000 applications annually. Research, write and present in-depth bi-weekly medical training sessions to a staff of fifty underwriters and seventy claims examiners. Manage Occupational Health department including ergonomic programming and disability management serving for over 2700 employees. Research, write and edit web-based, print and video articles for corporate wellness programs.

SECURIAN FINANCIAL GROUP, St. Paul, MN, 4/2011 – 4/2015
**Associate Medical Director**
Research current medical care standards and classify medical impairments within an acceptable expense framework to assist the Underwriting Department in achieving acceptable long-range mortality and morbidity results in the group and individual insurance marketplace for a company with over $854Billion of insurance in force. Advise in the selection of cost-effective testing for medical impairments and/or risk amount. Guide underwriters in effective use of ratings in life, disability and long-term care insurance applications totaling over $652 Million of coverage. Perform medical consultations to identify duration, limitations, restrictions and prognosis of medical conditions as they relate to the claims process within an acceptable and fair framework. Review medical evidence and records to optimize claims settlement processing and preparation for litigation. Manage Occupational Health department including ergonomic programming and disability management serving for over 2500 employees. Research, write and edit web-based, print and video articles for corporate wellness programs.

Continued…

# Gretchen M. Bosacker, MD
### Page 2 • 651-285-3906 • doctorgretchen@gmail.com

UNIVERSITY OF MINNESOTA, FAMILY MEDICINE RESIDENCY, St. Paul, MN, 4/2011 – Present
**Community Preceptor**
Evaluate patient-care plans constructed by residents in an outpatient clinic setting. Provide patient care with focus on procedural education in orthopedic, gynecologic and dermatologic care as well as minor surgery with Family Medicine residents. Provide career counseling and employment coaching for thirty residents annually.

BLUESTONE PHYSICIAN SERVICES, Stillwater, MN, 1/2010 – 10/2010
**Family Physician**
Served as on-site primary care physician for patients living in group home, assisted living, and memory-care facilities, with bed count ranging from ten to 200 per facility. Specialized in geriatrics and end-of-life care. Coordinated ongoing care with ancillary staff via online resources. As medical director and advisor, integrated up-to-date medical innovation with staff education including web portals, electronic medical records, electronic fax communication between physician and facility, which streamlined patient care, decreased medical errors and improved provider, patient, facility  and family communications. Provided ongoing training to optimize use of online resources. Directly oversaw one nurse practitioner and an assistant. Conducted on-site patient visits at 17 care facilities that had up to twenty staff members and nurses per facility. Managed medical practice of 400 patients, each examined monthly. Each facility's census ranged from 6 to 30 patients.
☑ **Directed team that generated 25% of company's total $1.2 million in annual revenue.**

FAIRVIEW LAKES MEDICAL CENTER, Wyoming, MN, 7/2005 – 1/2010
**Family Physician and Hospitalist**
Provided quality-measured, clinic-based primary care for patients of all ages in a 59-bed hospital with annual revenue of $50-100 Million and 1300 staff members. Served as leader for Hospitalist program as a provider of inpatient care including intensive care services. Provided leadership, oversight, and education for one nurse practitioner and one physician assistant. Led inpatient Utilization Review team as physician advisor, overseeing physician documentation and audits to maximize hospital compliance with Medicare and insurance regulatory standards. Led *Team Stepps* implementation and training program for hospital staff. Participated as physician advisor to Order Set and Inpatient Care Committees.
☑ **Served on Fairview Lakes Board of Directors** from 2008 to 2010.

UNITED STATES NAVY, Jacksonville, FL, 7/1999 – 7/2003
**General Medical Officer**
Provided emergency, urgent, and clinic-based care for active-duty sailors, military dependents and retirees. Provided care to approximately 25 patients per eight-hour day managing 98,000 visits annually. Organized and taught continuing medical education lecture series for 190 active-duty nurses, corpsmen and staff. Advised Rear Admiral Derwood Curtis, Commander, Naval Surface Force, Atlantic on maximizing health and wellness for shore and sea-based military members under his command.
☑ **Developed and managed first-ever Urgent Care Center** at Naval Station Mayport. Center improved patient flow and provided urgent care medicine to patients in a clinic that otherwise had to interrupt physician clinic schedules for urgent patients or call 911.
☑ **Awarded Navy Achievement Medal** for exceptional service, 2003.

Continued…

# Gretchen M. Bosacker, MD
### Page 3 • 651-285-3906 • doctorgretchen@gmail.com

---

**EDUCATION**

UNIVERSITY OF FLORIDA DEPARTMENT OF FAMILY MEDICINE, Gainesville, Florida
**Chief Resident,** 2004-2005
**Family Medicine Residency,** 2003-2005

NAVAL HOSPITAL JACKSONVILLE, Jacksonville, Florida
**Family Medicine Internship,** 1998-1999

MEDICAL UNIVERSITY OF SOUTH CAROLINA, Charleston, South Carolina
**Doctor of Medicine,** 1998

CLEMSON UNIVERSITY, Clemson, South Carolina
**Bachelor of Arts,** 1994, Biology with Minor in French


**LICENSURE AND CERTIFICATIONS**

Board Certified, American Board of Family Medicine, 2005 and 2014
Board Certified, American Board of Insurance Medicine, 2015
Fellow, American Academy of Family Medicine, 2013
Associate, Life and Health Claims, International Claim Association, 2014
Minnesota Medical License
DEA Licensure, unrestricted


**MEDIA AND PUBLIC SPEAKING EXPERIENCE**

THE DOCTOR OZ SHOW, New York, NY; 3/2011 - Present
**Member, Physician Advisory Board and Guest Physician Expert**
Advise production team on medical and health topics for segment development. Prepared and presented information regarding risk factors for cancer for "Five Wrong Turns That Can Lead to Cancer" and "Advice From Doctor Mom" on Dr. Mehmet Oz's nationally televised program.
http://www.doctoroz.com/videos/5-wrong-turns-lead-cancer-pt-1.

KMSP, FOX-TV, Minneapolis, MN; 1/2009 – 3/2011
**Weekend Medical Contributor**
Researched, wrote, and presented live content for headline-based community medical education during the *Fox 9 Morning News*. Topics included general wellness, H1N1, baby formula advisory and Avandia recall among others.

KARE, NBC-TV, Minneapolis, MN; 12/2008 – 3/2011
**Medical Contributor**
Prepared and presented timely medical news and educational topics monthly for *KARE-11 News at 4* featuring Diana Pierce and Pat Evans. Topics included sun safety, better sleep, seasonal affective disorder and immunizations among others.
- ☑ **Facilitated live web-based question and answer segment** for KARE's "Moms Like Me" website Oct 30, 2009 on Influenza. Answered questions from viewers and established an ongoing relationship with site as a featured family doctor.

Continued…

Case: 3:17-cv-00025-TMR Doc #: 19-3 Filed: 10/23/17 Page: 9 of 9 PAGEID #: 483
1:34-cv-v10025-ES
JEH #: 28-1 Page: 10/31/10

# Gretchen M. Bosacker, MD
### Page 4 • 651-285-3906 • doctorgretchen@gmail.com

GRANT MEDICAL, LLC, Stillwater, MN; 6/2007 – Present
**President**
Educate and entertain audiences ranging from 8 to 1200, ages teen to elderly, with evidence-based print, lecture, and mass-media presentations including annual lectures to Health Care Auxiliary of Minnesota, Minnesota Health System Pharmacists, Fairview Health Services and the Twin Cities Association of Home Office Underwriters. Serve as expert medical advisor for community and industrial print, video, and audio projects such as Henkel USA, maker of Combat Insect Control products; Boardroom Publishing (NYC) ; Fairview Health Services; Geacom; Real Simple magazine, and others.


*Fairview On Call*, WCCO, CBS-Radio, Minneapolis, Minnesota; 6/2006 – 1/2009
**Host**
Co-hosted weekly radio program featuring topics from all areas of medicine including oncology, cardiology, dermatology, otolaryngology, physical therapy, speech therapy and cultural awareness. Interviewed physicians and other medical professionals on the air, detailing disease processes, treatment options, and patient information. Top programs included: *A Multidisciplinary Approach to Treating Head, Neck, and Back Pain* with Dr. Mark Weisberg; *Overeating During the Holidays* with dietician Janelle Melgeorge Anderson; *Living with Diabetes: Lifestyles & Treatment* with Dr. Mark Nielsen; *Breast Cancer Screening & Treatment* with Oncologist Dr. Li Ge; *Infectious Disease* with Epidemiologist Dr. Susan Kline; *Hospice Care* with Kate Cummings and Vic Sandler, M.D.; *Getting Children Medical Treatment* with Emily Trestler and Anna Shoemaker; and *Women & Heart Disease* with Dr. Robert Ketroser. Answered listener questions in a live, on-air format.
☑ **Achieved Arbitron rating of 22.6**, exceeding second-highest rating for same period (6.7) by 15.9 points in 2008.


**PROFESSIONAL AFFILIATIONS**

American Academy of Family Physicians
Minnesota Academy of Family Physicians
Minnesota Medical Society
American Academy of Insurance Medicine
Midwest Medical Directors Association
Twin Cities Medical Directors Association
Minnesota Speakers Association


**COMMUNITY SERVICE**

CLEMSON UNIVERSITY, Clemson, SC, 6/11 – Present
**Pre-Medical Mentor**
Prepare undergraduate students interested in a career in medicine in course selection, testing and the medical school application process. Share real-world experience and provide guidance to students considering becoming physicians or other members of the health care team.

PARK SQUARE THEATER, St. Paul, MN, 8/2013 – 8/2014
**Board Member**
Collaborate with theater director and artistic director to enhance long-term connection with community resources. Brainstorm and provide elbow grease for development projects that improve Park Square's availability to the community as an educational and theatrical resource. Support expansion and construction of a new 200-seat thrust stage to improve the theater's current $3 million annual programming.