UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| CHARLIE DUNCAN, AS EXECUTOR OF THE ESTATE OF PAUL W. MCVAY, | ) |
| and | ) Case No. 3:17-cv-25 |
| JANET FREEL, AS BENEFICIARY OF THE ESTATE OF PAUL W. MCVAY, | ) District Judge Thomas M. Rose |
| | ) Magistrate Judge Sharon L. Ovington |
| Plaintiffs, | ) |
| vs. | ) |
| MINNESOTA LIFE INSURANCE CO., | ) |
| Defendant. | ) |

## ORDER

Upon the Parties' Joint Motion to Set the Deadline for the Filing of Cross-Motions, the Court finds such Motion well-taken and orders that Cross-Motions for Judgment on the Administrative Record are due 30 days following the Court's ruling on whether the documents that had been submitted for in-camera inspection are protected from disclosure by the attorney-client privilege and/or work product doctrine in light of the fiduciary exception.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, July 9, 2019.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE