# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| CHARLIE DUNCAN, AS EXECUTOR OF THE ESTATE OF PAUL W. MCVAY, <br><br> and <br><br> JANET FREEL, AS BENEFICIARY OF THE ESTATE OF PAUL W. MCVAY, <br><br> Plaintiffs, <br><br> -vs- <br><br> MINNESOTA LIFE INSURANCE CO., <br><br> Defendant. | CASE NO.: 3:17-cv-00025-TMR <br><br> JUDGE THOMAS M. ROSE <br><br> MAGISTRATE JUDGE SHARON L. OVINGTON |

**ORDER**

Upon Plaintiff's Notice of Withdrawal of Objection and Motion to Set Briefing Deadline, the Court finds such Motion well taken and orders that Cross-Motions for Judgment on the Administrative Record are due on Monday, September 9, 2019, with responsive briefs due on Monday, September 30, 2019.

IT IS SO ORDERED.

| August 7, 2019 | *s/Thomas M. Rose |
|---|---|
| Date | United States District Judge Thomas M. Rose |